| | |
|---|---|
| 1 | MARY KATE SULLIVAN (State Bar No. 180203) |
| | mks@severson.com |
| 2 | THOMAS N. ABBOTT (State Bar No. 245568) |
| | tna@severson.com |
| 3 | R. TRAVIS CAMPBELL (State Bar No. 271580) |
| | rtc@severson.com |
| 4 | SEVERSON & WERSON |
| | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
| | San Francisco, California 94111 |
| 6 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| 7 | |
| 8 | Attorneys for Defendant |
| | WELLS FARGO BANK, N.A. as successor by |
| | merger to WELLS FARGO HOME |
| 9 | MORTGAGE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LA TOYA C. WARD, | Case No. 14-cv-00887-JCS |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT** |
| vs. | |
| WELLS FARGO HOME MORTGAGE and OTHER WELLS DOES 1 through 50, inclusive, and all person unknown, claiming any legal or equitable right title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto, names as DOES 51-100, inclusive, | Date: April 11, 2014<br>Time: 9:30 a.m.<br>Crtrm.: G; 15th Floor<br>Judge: Hon. Joseph C. Spero<br><br>Action Filed: December 27, 2013<br>Trial Date: None Set |
| Defendants. | |

1  Plaintiff LA TOYA C. WARD ("Plaintiff") and Defendant WELLS FARGO BANK, N.A.
2  as successor by merger to WELLS FARGO HOME MORTGAGE ("Defendant") hereby stipulate
3  and agree as follows:
4  WHEREAS on March 6, 2014 Defendant filed a Motion to Dismiss Plaintiff's Complaint
5  (Doc. No. 7) ("the Motion"), noticing a hearing date of April 11, 2014 at 9:30 a.m.;
6  WHEREAS Plaintiff has informed Defendant that she is scheduled to have surgery on
7  April 3, 2014 and her recovery time will extend beyond the current hearing date;
8  WHEREAS Defendant has agreed to continue the hearing to May 9, 2014 at 9:30 a.m. in
9  order to allow Plaintiff time to recover from her surgery;
10 WHEREAS the parties agree that this continuance of the hearing date does not extend the
11 time for filing and serving any opposing and reply papers in connection with the Motion;
12 WHEREAS the parties have not previously stipulated to a continuance of the hearing date;
13 WHEREAS the continuance will have no effect on the case schedule, as the initial Case
14 Management Conference is set for May 30, 2014.
15 Based on the foregoing and pursuant to N.D. Local Rules 7-7(b) and 6-1(a), it is hereby
16 STIPULATED AND AGREED THAT:
17 1. The hearing on Defendant's Motion to Dismiss the Complaint, which is currently
18 set for April 11, 2014 at 9:30 a.m., shall be continued to May 9, 2014 at 9:30 a.m.
19 2. The time for filing and serving any opposing or reply papers in connection with the
20 Motion does not change.

1  DATED: March 25, 2014           SEVERSON & WERSON
                                   A Professional Corporation
2
3
4                                  By:    /s/R. Travis Campbell
                                          R. Travis Campbell
5
                                   Attorneys for Defendant
6                                  WELLS FARGO BANK, N.A. as successor by merger
                                   to WELLS FARGO HOME MORTGAGE
7
8  DATED: March 25, 2014
9
10                                 By: [signature]
                                          La Toya C. Ward
11
12                                 Plaintiff, Pro Per

15  Dated: 3/27/14

IT IS SO ORDERED
[signature]
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA