UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOYA C WARD,<br><br>Plaintiff.<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>Defendant. | Case No.  14-cv-00887-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 30, 2014, at 2:00 p.m., before this Court in the above-entitled case.  Plaintiff was not present. Defendant Travis Campbell was present.

IT IS HEREBY ORDERED that Plaintiff appear on **June 20, 2014, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 30, 2014, for failure to prosecute, and for failure to comply with the Court's Order of February 28, 2014.  A case management conference is also scheduled for **June 20, 2014**, **at 9:30 a.m.**

IT IS SO ORDERED.

Dated: June 3, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOYA C WARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendant. | Case No.  14-cv-00887-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 6/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

La Toya C Ward
62 Sarcedo Way
American Canyon, CA 94503


Dated: 6/3/2014

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO