1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  THOMAS N. ABBOTT (State Bar No. 245568)
   tna@severson.com
3  R. TRAVIS CAMPBELL (State Bar No. 271580)
   rtc@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A., as successor by
   merger to WELLS FARGO HOME
9  MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LA TOYA C. WARD,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE and OTHER WELLS DOES 1 through 50, inclusive, and all person unknown, claiming any legal or equitable right title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto, names as DOES 51-100, inclusive,<br><br>Defendants. | Case No.: 14-cv-00887-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

55000.1107/3305868.1

STIPULATION OF DISMISSAL WITH PREJUDICE — 14-cv-00887-JCS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff La Toya C. Ward, proceeding pro se, and defendant Wells Fargo Bank, N.A. as successor in interest to Wells Fargo Home Mortgage, by and through its undersigned counsel, stipulate and request that the above-captioned matter be dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: June 12, 2014

SEVERSON & WERSON
A Professional Corporation

By: /s/R. Travis Campbell
       R. Travis Campbell

Attorneys for Defendant
WELLS FARGO BANK, N.A., as successor by merger to WELLS FARGO HOME MORTGAGE

DATED: June 12, 2014

By: [signature] La Toya C. Ward

Date: 6/19/14

IT IS SO ORDERED
[signature]
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

55000.1107/3305868.1

14-cv-00887-JCS
STIPULATION OF DISMISSAL WITH PREJUDICE